## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ROLANDA KAYE ESTES,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:17-CV-1968-K** |
| | § | |
| **THRIFT TOWN,** | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's Motion to Dismiss for Failure to State a Claim, Doc. 23, is **GRANTED**.

**SO ORDERED.**

**Signed February 28th, 2018.**

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE